# United States District Court

_____ DISTRICT OF _____

SUSAN O'CONNELL,
        Plaintiff
V.

METROPOLITAN LIFE INS. CO.
        Defendant

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30066-MAP

TO: (Name and address of defendant)

Metropolitan Life Insurance Company
c/o Comm. of Massachusetts Commissioner of Insurance
One South Station
Boston, MA 02110

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William G. Cullinan, Esq.
1391 Main Street, Suite 1022
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
_____
CLERK

DATE 4/16/04

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  4/23/04 |
| NAME OF SERVER (PRINT) Carey A. Luckey | TITLE  Admin. Asst. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): First Class mail to Metropolitan Life Insurance Company, One Madison Avenue, New York, NY 10010

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  APR 2 3 2004
Date
DIVISION OF INSURANCE
OFFICE OF THE GENERAL COUNSEL

Signature of Server: Carey M. Luckey

Address of Server: One South Station, Boston MA 02110

RECEIVED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.