UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-30066-MAP

|  |  |
|---|---|
| SUSAN O'CONNELL,<br>     Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| METROPOLITAN LIFE INSURANCE<br>COMPANY,<br>     Defendant. | )<br>)<br>)<br>) |

## ASSENTED-TO MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT

Defendant Metropolitan Life Insurance Company ("MetLife") moves that the deadline for responding to the Complaint be extended to June 4, 2004. As grounds for this motion, MetLife states that additional time is necessary to investigate the allegations in the Complaint. Plaintiff Susan O'Connell, though her counsel, has assented to this motion.

METROPOLITAN LIFE INSURANCE
COMPANY
By its attorneys,

_____
James F. Kavanaugh, Jr. (BBO # 262360)
Stephen S. Churchill (BBO # 564158)
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

ASSENTED TO:

_____
William G. Cullinan, Esq.
Attorney for Plaintiff

Dated: May 10, 2004
200645.1

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 5/10/04 .

_____