UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-30066-MAP

SUSAN O'CONNELL, )
    Plaintiff, )
     )
v. )
     )
     )
METROPOLITAN LIFE INSURANCE )
COMPANY, )
    Defendant. )

## ASSENTED-TO MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT

Defendant Metropolitan Life Insurance Company ("MetLife") moves that the deadline for responding to the Complaint be extended to June 24, 2004. As grounds for this motion, MetLife states that additional time is necessary to investigate and respond to the allegations in the Complaint. Plaintiff Susan O'Connell, though her counsel, has assented to this motion.

METROPOLITAN LIFE INSURANCE
COMPANY
By its attorneys,

_/s/ James F. Kavanaugh, Jr._
James F. Kavanaugh, Jr. (BBO # 262360)
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

ASSENTED TO:

_/s/ William G. Cullinan_
William G. Cullinan, Esq.
Attorney for Plaintiff

Dated: June 1, 2004
202123.1

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on June 1, 2004.

_/s/ James F. Kavanaugh_