UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-30066-MAP

SUSAN O'CONNELL,           )
    Plaintiff,             )
                           )
v.                         )
                           )
METROPOLITAN LIFE INSURANCE )
COMPANY,                   )
    Defendant.             )

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of defendant Metropolitan Life Insurance Company in the above-captioned matter.

        METROPOLITAN LIFE INSURANCE
        COMPANY
        By its attorneys,


        James F. Kavanaugh, Jr. (BBO # 262360)
        CONN KAVANAUGH ROSENTHAL
          PEISCH & FORD, LLP
        Ten Post Office Square
        Boston, MA 02109
        (617) 482-8200

Dated: June 3, 2004

202429.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand-mail) on 6/3/04.