UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-30066-MAP

SUSAN O'CONNELL,
    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY,
    Defendant.

### CERTIFICATION PURSUANT TO LR 16.1(D)(3)

Defendant Metropolitan Life Insurance Company ("MetLife"), by its attorney and an authorized representative, hereby certifies as follows:

1. MetLife and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2. MetLife and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Ruth L. Susnick, Esq.
Metropolitan Life
Insurance Company
27-01 Queens Plaza North
Long Island City, NY 11101

_____
James F. Kavanaugh, Jr. BBO # 262360
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

DATED: September 15, 2004

207549.1

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 9/25/04