# CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP

COUNSELORS AT LAW

THOMAS E. PEISCH
BOB B. ROSENTHAL
JAMES F. KAVANAUGH, JR.
RUSSELL F. CONN
GEORGE M. FORD
JAMES B. PELOQUIN
BARRY E. GOLD
THOMAS J. GALLITANO
JAMES GRAY WAGNER
ERIN K. HIGGINS
STEVEN E. GURDIN
MICHAEL T. SULLIVAN
CONSTANCE M. MCGRANE

Ten Post Office Square, Boston, Massachusetts 02109

Tel: (617) 482-8200

Fax: (617) 482-6444

WRITER'S DIRECT DIAL: 617-348-8272
E-MAIL: JMATLOFF@CKRPF.COM

KURT B. FLIEGAUF
RONALD M. JACOBS
CAROL A. STARKEY
JENNIFER M. NORTON
SARA L. GOODMAN
MICHAEL R. BERNARDO
CARA A. FAUCI
JOHANNA L. MATLOFF
AMY C. STEWART
BETH NUZZO NEWMARK

October 27, 2004

**By Hand**

Clerk's Office
U.S. District Court
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

RE:   Susan O'Connell v. Metropolitan Life Insurance Company
      Civil Action No. 04-30066-MAP

Dear Sir or Madam:

Pursuant to Magistrate Judge Neiman's Order Regulating Proceedings, enclosed for filing please find the following document:

- Claim File of Metropolitan Life Insurance Company.

MetLife submits that the above document is the "Record for Judicial Review." Please note, however, that the plaintiff challenges the completeness of the above document. Thank you.

Very truly yours,

Johanna L. Matloff

JLM/mjp/5182-024
Enclosure

cc:   James F. Kavanaugh, Jr., Esq.
      William G. Cullinan, Esq. (w/o enc.)