UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-30066-MAP

_____
                                    )
SUSAN O'CONNELL,                    )
    Plaintiff,                      )
                                    )
v.                                  )
                                    )
METROPOLITAN LIFE INSURANCE         )
COMPANY,                            )
    Defendant.                      )
_____)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance on behalf of defendant Metropolitan Life Insurance Company in the above-captioned matter. Please note that the appearances of James F. Kavanaugh, Jr. and Conn Kavanaugh Rosenthal Peisch & Ford, LLP continue to remain on behalf of the defendant.

    METROPOLITAN LIFE INSURANCE
    COMPANY
    By its attorneys,

    /s/ Johanna L. Matloff
    _____
    James F. Kavanaugh, Jr. (BBO # 262360)
    Johanna L. Matloff (BBO # 655178)
    CONN KAVANAUGH ROSENTHAL PEISCH
     & FORD, LLP
    Ten Post Office Square
    Boston, MA  02109
    617-482-8200

Dated:  November 22, 2004
213360.1