✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

| SUSAN O'CONNELL | **NOTICE** |
|---|---|
| V. | |
| METROPOLITAN LIFE INS. CO. | CASE NUMBER:   04-30066-MAP |

TYPE OF CASE:

☒  **CIVIL**                    **CRIMINAL**

☒  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |
| | February 18, 2005, at 11:00 a.m. |

TYPE OF PROCEEDING

CASE MANAGEMENT CONFERENCE

☐  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 28, 2005

DATE

/s/ *Bethaney A. Healy*

(BY) DEPUTY CLERK

TO:    ALL  COUNSEL OF RECORD