UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUSAN O'CONNELL,              )
        Plaintiff(s)    )
                          )
                          )
    v.                              )    Civil Action No. 04-30066-MAP
                          )
                          )
METROPOLITAN LIFE INSURANCE   )
COMPANY,                      )
        Defendant(s))

SCHEDULING ORDER
February 18, 2005

NEIMAN, U.S.M.J.

The court hereby establishes the following schedule:

1.    Plaintiff shall file her motion for summary judgment by April 1, 2005.

2.    Defendant shall file its opposition and cross motion for summary judgment by May 2, 2005, to which Plaintiff shall respond by May 16, 2005.

IT IS SO ORDERED.

                                      /s/ Kenneth P. Neiman
                                      KENNETH P. NEIMAN
                                      U.S. Magistrate Judge