UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*FILED*
*IN CLERK'S OFFICE*

DOCKET NO. 04-30066-MAP

*2005 MAR 32 A 9: 18*

*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

| | |
|---|---|
| SUSAN O'CONNNELL, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| METROPOLITAN LIFE INS. CO. | ) |
| Defendant | ) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOW comes the Plaintiff, Susan O'Connell, and pursuant to Federal Rules of Civil Procedure 56 (c), moves this court to grant her Summary Judgment.

The Plaintiff contends that there is no genuine issue of material fact and that she is entitled to a judgment as a matter of law.

The Plaintiff attaches hereto her Memorandum in support of her Motion for Summary Judgment.

WHEREFORE, the Plaintiff requests this court to allow her Motion for Summary Judgment and remand this matter back to the administrator.

RESPECTFULLY SUBMITTED

By: _____
WILLIAM G. CULLINAN
1391 Main Street, Suite 1022
Springfield, MA 01103
Tel (413) 781-5311
Fax (413) 746-2707
BBO No. 546110