UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-30066-MAP

_____
                                    )
SUSAN O'CONNELL,                    )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )
METROPOLITAN LIFE INSURANCE         )
COMPANY,                            )
        Defendant.                  )
_____)

## DEFENDANT'S REPORT ON THE STATUS OF FUNCTIONAL CAPACITY EXAM

Pursuant to this Court's May 18, 2005 Order granting the parties' Joint Motion to Stay Litigation Pending Remand and Outcome of Functional Capacity Evaluation, defendant Metropolitan Life Insurance Company reports that an appointment for the plaintiff's Functional Capacity Examination has been scheduled for July 26, 2005 at 11:30 AM in Springfield, Massachusetts. MetLife will keep the Court apprised if this date changes and will report again following the examination.

METROPOLITAN LIFE INSURANCE
COMPANY
By its attorneys,

/s/ Johanna L. Matloff
_____
James F. Kavanaugh, Jr. (BBO # 262360)
Johanna L. Matloff (BBO # 655178)
CONN KAVANAUGH ROSENTHAL PEISCH
  & FORD, LLP
Ten Post Office Square
Boston, MA  02109
617-482-8200

Dated: June 27, 2005
229749.1