UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUSAN O'CONNELL,                    )
                Plaintiff          )
                                   )
        v.                         )  CIVIL ACTION NO. 04-30066-MAP
                                   )
METROPOLITAN LIFE                  )
INSURANCE COMPANY,                 )
                Defendant          )

ORDER RE: DEFAULT AND DISMISSAL

September 26, 2005

PONSOR, D.J.

On June 27, 2005, the defendant filed a Report on the Status of Functional Capacity Exam (Docket No. 25), indicating that the exam had been scheduled for July 26, 2005 and that the defendant would report again following the examination. The court approved this status report and ordered that, in any event, a report would be filed no later than August 31, 2005. Unless the court receives a report on the status of this case by October 10, 2005, an order of dismissal and/or default will be issued and the case will be closed.

It is So Ordered.

                          /s/ Michael A. Ponsor
                          MICHAEL A. PONSOR
                          United States District Judge