UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-30066-MAP

_____
                                              )
SUSAN O'CONNELL,                 )
    Plaintiff,                          )
                                              )
v.                                             )
                                              )
METROPOLITAN LIFE INSURANCE  )
COMPANY,                         )
    Defendant.                       )
_____)

## DEFENDANT'S STATUS REPORT

Pursuant to this Court's September 26, 2005 Order Regarding Default and Dismissal, defendant Metropolitan Life Insurance Company provides this status report. The plaintiff attended a Functional Capacity Evaluation ("FCE") on July 26, 2005, and MetLife has received a report regarding the results of the FCE. MetLife is making arrangements to have these results and plaintiff's file reviewed by the appropriate independent physician consultant(s), before MetLife makes any determinations regarding the plaintiff's claim for benefits. MetLife expects to be able to make a claim determination within the next six (6) weeks, or by November 9, 2005.

                                        METROPOLITAN LIFE INSURANCE
                                        COMPANY
                                        By its attorneys,

                                        /s/ Johanna L. Matloff
                                        James F. Kavanaugh, Jr. (BBO # 262360)
                                        Johanna L. Matloff (BBO # 655178)
                                        CONN KAVANAUGH ROSENTHAL PEISCH
                                          & FORD, LLP
                                        Ten Post Office Square
                                        Boston, MA  02109
                                        617-482-8200

Dated: September 28, 2005
235035.1