UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-30066-MAP

_____
                                    )
SUSAN O'CONNELL,                    )
    Plaintiff,                      )
                                    )
v.                                  )
                                    )
METROPOLITAN LIFE INSURANCE         )
COMPANY,                            )
    Defendant.                      )
_____)

### DEFENDANT'S STATUS REPORT AND REQUEST FOR EXTENSION OF TIME

Defendant Metropolitan Life Insurance Company ("MetLife") hereby submits this report and requests an extension of time to **December 7, 2005** to make its determination regarding the plaintiff's claim for benefits. As grounds for this request, MetLife states as follows. On September 28, 2005, the defendant submitted a status report in this matter and informed the Court that it was making arrangements to have plaintiff's functional capacity evaluation, which was conducted on July 26, 2005, reviewed by the appropriate medical professionals and consultants, before MetLife made any determinations regarding the plaintiff's claim for benefits. MetLife anticipated that it would be able to complete these reviews and make a new claim determination by November 9, 2005. Upon further review of plaintiff's claim for benefits, MetLife has determined that it will need more time to complete a full and fair review of the plaintiff's claim, before it may make a determination regarding plaintiff's benefits. MetLife expects to be able to complete this review and make a benefit determination by December 7, 2005.

MetLife respectfully requests that the Court allow this request for an extension of time to December 7, 2005 for MetLife to make its benefit determination.

>METROPOLITAN LIFE INSURANCE
>COMPANY
>By its attorneys,
>
>/s/ Johanna L. Matloff
>James F. Kavanaugh, Jr. (BBO # 262360)
>Johanna L. Matloff (BBO # 655178)
>CONN KAVANAUGH ROSENTHAL PEISCH
>  & FORD, LLP
>Ten Post Office Square
>Boston, MA  02109
>617-482-8200

Dated: October 31, 2005
239424.1