UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-30066-MAP

_____
                                   )
SUSAN O'CONNELL,                   )
    Plaintiff,                     )
                                   )
v.                                 )
                                   )
METROPOLITAN LIFE INSURANCE        )
COMPANY,                           )
    Defendant.                     )
_____)

## DEFENDANT'S STATUS REPORT

Defendant Metropolitan Life Insurance Company ("MetLife") hereby submits this status report pursuant to the Court's November 3, 2005 Order. The parties have agreed to discuss a potential settlement of this matter and have agreed that if the case has not settled by January 6, 2006, then MetLife will file a report regarding its claim determination by January 20, 2006.

METROPOLITAN LIFE INSURANCE
COMPANY
By its attorneys,

/s/ Johanna L. Matloff
_____
James F. Kavanaugh, Jr. (BBO # 262360)
Johanna L. Matloff (BBO # 655178)
CONN KAVANAUGH ROSENTHAL PEISCH
 & FORD, LLP
Ten Post Office Square
Boston, MA  02109
617-482-8200

Dated: December 7, 2005

242250.1