UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-30066-MAP

_____
                                                 )
SUSAN O'CONNELL,                      )
    Plaintiff,                              )
                                                 )
v.                                             )
                                                 )
METROPOLITAN LIFE INSURANCE  )
COMPANY,                                )
    Defendant.                            )
_____)

## JOINT MOTION TO EXTEND REPORTING DEADLINE

Metropolitan Life Insurance Company and Susan O'Connell jointly move to extend the current reporting deadline by a period of fifteen (15) days, from January 20, 2006 to **February 6, 2006,** so that they may continue to discuss a settlement of the case. As grounds for this motion, the parties state that said additional time is necessary, as both parties would like to attempt to settle the case before MetLife must report a claim determination with the Court.

| | |
|---|---|
| **SUSAN O'CONNELL,**<br>By her attorney, | **METROPOLITAN LIFE INSURANCE COMPANY,**<br>By its attorneys, |
| /s/ William G. Cullinan<br>_____<br>William G. Cullinan, BBO # 546110<br>1391 Main Street, Suite 1022<br>Springfield, MA 01103<br>(413) 781-5311 | /s/ Johanna Matloff<br>_____<br>James F. Kavanaugh, Jr., BBO# 262360<br>Johanna L. Matloff, BBO# 655178<br>CONN KAVANAUGH ROSENTHAL<br>PEISCH & FORD, LLP<br>Ten Post Office Square<br>Boston, MA 02109<br>617-482-8200 |

2

<u>Certificate of Service</u>
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 20th day of January, 2006.
/s/ Johanna Matloff

245456.1