UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-30066-MAP

_____
                              )
SUSAN O'CONNELL,              )
     Plaintiff,               )
                              )
v.                            )
                              )
METROPOLITAN LIFE INSURANCE   )
COMPANY,                      )
     Defendant.               )
_____)

## JOINT MOTION TO EXTEND REPORTING DEADLINE

Metropolitan Life Insurance Company and Susan O'Connell jointly move to extend the current reporting deadline by a period of twenty-one (21) days, from February 6, 2006 to **February 27, 2006,** so that they may continue to discuss a settlement of the case. As grounds for this motion, the parties state that said additional time is necessary, as both parties would like to continue to attempt to settle the case before MetLife must report a claim determination with the Court.

| | |
|---|---|
| **SUSAN O'CONNELL,**<br>By her attorney,<br><br>/s/ William G. Cullinan<br>_____<br>William G. Cullinan, BBO # 546110<br>1391 Main Street, Suite 1022<br>Springfield, MA 01103<br>(413) 781-5311 | **METROPOLITAN LIFE INSURANCE COMPANY,**<br>By its attorneys,<br><br>/s/ Johanna Matloff<br>_____<br>James F. Kavanaugh, Jr., BBO# 262360<br>Johanna L. Matloff, BBO# 655178<br>CONN KAVANAUGH ROSENTHAL<br>PEISCH & FORD, LLP<br>Ten Post Office Square<br>Boston, MA  02109<br>617-482-8200 |

246711.1