UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-30066-MAP

_____
                                                                         )
SUSAN O'CONNELL,                    )
    Plaintiff,                           )
                                                            )
v.                                                      )
                                                            )
METROPOLITAN LIFE INSURANCE  )
COMPANY,                      )
    Defendant.                        )
_____)

**JOINT MOTION TO EXTEND REPORTING DEADLINE**

Metropolitan Life Insurance Company and Susan O'Connell jointly move to extend the current reporting deadline from February 27, 2006 to **March 17, 2006** so that they may continue to discuss a settlement of the case. As grounds for this motion, the parties state that they are working together and making progress towards a settlement of the case. Although the parties are mindful that they already have requested additional time to negotiate, both parties believe that additional time will benefit their settlement discussions and they would like to continue these discussions before MetLife must report a claim determination with the Court.

| | |
|---|---|
| **SUSAN O'CONNELL,**<br>By her attorney,<br><br>/s/ William G. Cullinan<br>_____<br>William G. Cullinan, BBO # 546110<br>1391 Main Street, Suite 1022<br>Springfield, MA 01103<br>(413) 781-5311 | **METROPOLITAN LIFE INSURANCE COMPANY,**<br>By its attorneys,<br><br>/s/ Johanna Matloff<br>_____<br>James F. Kavanaugh, Jr., BBO# 262360<br>Johanna L. Matloff, BBO# 655178<br>CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP<br>Ten Post Office Square<br>Boston, MA  02109<br>617-482-8200 |

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 27th day of February, 2006.

/s/ Johanna Matloff

248166.1