UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-30066-MAP

_____
                                   )
SUSAN O'CONNELL,                   )
     Plaintiff,                    )
                                   )
v.                                 )
                                   )
METROPOLITAN LIFE INSURANCE        )
COMPANY,                           )
     Defendant.                    )
_____)

## JOINT STATUS REPORT

Metropolitan Life Insurance Company and Susan O'Connell hereby report that the case has settled.

| | |
|---|---|
| **SUSAN O'CONNELL,**<br>By her attorney, | **METROPOLITAN LIFE INSURANCE COMPANY,**<br>By its attorneys, |
| /s/ William G. Cullinan<br>_____<br>William G. Cullinan, BBO # 546110<br>1391 Main Street, Suite 1022<br>Springfield, MA 01103<br>(413) 781-5311 | /s/ Johanna Matloff<br>_____<br>James F. Kavanaugh, Jr., BBO# 262360<br>Johanna L. Matloff, BBO# 655178<br>CONN KAVANAUGH ROSENTHAL<br>PEISCH & FORD, LLP<br>Ten Post Office Square<br>Boston, MA  02109<br>617-482-8200 |

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 17th day of March, 2006.
/s/ Johanna Matloff

249931.1