UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SUSAN O'CONNELL

      V.                    CA 04-30066-MAP

METROPOLITAN LIFE INS. CO

### SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that the above-entitled action has been settled,

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) days to reopen the action if settlement is not consummated by the parties.

DATED: MARCH 20, 2006

                            SARAH THORNTON
                            CLERK

      BY:  /s/Elizabeth A. French
           Elizabeth A. French
           Deputy Clerk