UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-30066-MAP

| | |
|---|---|
| SUSAN O'CONNELL,<br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Susan O'Connell and defendant Metropolitan Life Insurance Company hereby stipulate that all claims against defendant Metropolitan Life Insurance Company be dismissed with prejudice, with all parties to bear their own attorneys' fees and costs, and with rights of appeal waived.

SUSAN O'CONNELL,
By her attorney,

/s/ William G. Cullinan
_____
William G. Cullinan, BBO # 546110
1391 Main Street, Suite 1022
Springfield, MA 01103
(413) 781-5311

METROPOLITAN LIFE INSURANCE COMPANY,
By its attorneys,

/s/ Johanna Matloff
_____
James F. Kavanaugh, Jr., BBO# 262360
Johanna L. Matloff, BBO# 655178
CONN KAVANAUGH ROSENTHAL
PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
617-482-8200

250263.1